# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

MARINA WEIS v. DAVOL INC. and C.R. BARD, INC.

Case Number:
FILED: APRIL 17, 2008
08CV 2240      NF
JUDGE CONLON
MAGISTRATE JUDGE SCHENKIER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DAVOL INC. and C.R. BARD, INC.

| | |
|---|---|
| **NAME** (Type or print) <br> Misty R. Martin | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Misty R. Martin | |
| **FIRM** <br> Segal McCambridge Singer & Mahoney | |
| **STREET ADDRESS** <br> 233 South Wacker Drive, Suite 5500 | |
| **CITY/STATE/ZIP** <br> Chicago IL 60609 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6284999 | **TELEPHONE NUMBER** <br> 312.645.7800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☑   NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |