**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARINA WEIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DAVOL INC. and C.R. BARD, INC., ) <br> ) <br> Defendants. ) | FILED: APRIL 17, 2008 <br> 08CV 2240    NF <br> JUDGE CONLON <br> MAGISTRATE JUDGE SCHENKIER <br> Case No.: _____ |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**
**AND NOTIFICATION OF AFFILIATES**

Defendants, C.R. Bard, Inc. and Davol Inc., pursuant to Fed. R. Civ. Proc. 7.1 and local rule 3.2, hereby state as follows:

(1) Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

(2) C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

                    Respectfully submitted,

Dated:  April 18, 2008        SEGAL MCCAMBRIDGE SINGER & MAHONEY


                    BY:   /s/Mark Crane_____
                             Mark Crane
                             SEGAL MCCAMBRIDGE SINGER & MAHONEY
                             Sears Tower – Suite 5500
                             233 S. Wacker Drive
                             Chicago, IL  60606
                             312.645.7800 (t)
                             312.645.7711 (f)

                             *ATTORNEYS FOR DEFENDANT DAVOL INC.*
                             *AND DEFENDANT C.R. BARD, INC.*


## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 18, 2008, a copy of the foregoing Corporate Disclosure Statement and Notification of Affiliates was electronically filed with the Court.  This document is available for viewing and downloading from the Court's ECF system.  This document was also sent to Plaintiff's counsel via first class mail.


                    BY:   /s/ Misty R. Martin_____
                             Misty R. Martin