HHW

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                Case Number: 08-cv-02240

MARINA WEIS

vs.

DAVOL, INC. & C.R. BARD INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARINA WEIS, Plaintiff

**FILED**

APR 2 9 2008 TC

4-29-2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Richard J. Rosenblum | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Richard J. Rosenblum | |
| FIRM <br> RUBIN, MACHADO & ROSENBLUM, LTD. | |
| STREET ADDRESS <br> 120 W. MADISON ST., SUITE 400 | |
| CITY/STATE/ZIP <br> CHICAGO, ILL. 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06196970 | TELEPHONE NUMBER <br> (312) 327-1840 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☑ NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |