

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W.  DOBBINS**
**CLERK**

**OFFICE OF THE CLERK**
**(312) 435-5691**

June 11, 2008


Rhode Island District Court
Federal Bldg and United States Courthouse
One Exchange Terrace
Providence, RI 02903-1270


RE: Weis v. Davol, Inc. et al
Case No:   08cv2240
       MDL 1842


Dear Clerk:


Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the Judicial Panel on Multidistrict Litigation, through its Clerk on  May 29, 2008.

- ■      was electronically  transmitted to  Rhode Island District Court.



Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk


By:     Kinielle Johnson

Enclosures

New Case No. _____     Date _____